UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVE WHEATON,

           Plaintiff,

-vs-                                         Case No. 6:06-cv-1197-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

           Defendant.
_____

## ORDER

This case is before the Court on the Unopposed Motion to Remand (Doc. No. 16) filed February 21, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed March 5, 2007 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion to Remand is **GRANTED**.

3.    The Clerk is directed to remand this case to the Commissioner of Social Security and thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_6\_\_\_ day of April, 2007.

```
                              JOHN ANTOON II
                              United States District Judge
```

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party