UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVE WHEATON,

                **Plaintiff,**

-vs-                                              Case No. 6:06-cv-1197-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

                **Defendant.**

## ORDER

This case is before the Court on appeal to the district court from a final decision of the Commissioner of Social Security denying Plaintiff's application for a period of disability and disability insurance benefits (Doc. No. 1) filed August 10, 2006. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 23, 2008 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

3.  The Clerk shall enter final judgment in favor of Plaintiff and against the Defendant and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15___ day of February, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party